UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01764-WYD

ROSE M. ANCONA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 filed December 17, 2010. The parties agree in the motion that Plaintiff should be awarded attorney fees in the amount of $5,473.00, pursuant to the Equal Access to Justice Act ["EAJA"], subject to approval of the Court. This award is without prejudice to the right of Plaintiff's counsel to seek attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the EAJA.

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 18) is **GRANTED**. Defendant shall pay Plaintiff attorney fees in the amount of $5,473.00.

Dated January 10, 2011

                                              BY THE COURT:

                                              <u>s/ Wiley Y. Daniel</u>
                                              Wiley Y. Daniel
                                              Chief United States District Judge